**May 12, 2016**

| | | |
|---|---|---|
| CAAP –12–0000 588 | State v. Yang | Affirmed |

**May 17, 2016**

| | | |
|---|---|---|
| CAAP –15–0000 153 | State v. Talamoa | Affirmed |

**May 18, 2016**

| | | |
|---|---|---|
| CAAP –13–0003 210 | State v. Foster | Vacated and Remanded |
| CAAP –15–0000 197 | State v. Ling | Vacated and Remanded |
| CAAP –15–0000 367 | State v. Manago | Affirmed |

**May 20, 2016**

| | | |
|---|---|---|
| CAAP –15–0000 675 | J.M., In re | Affirmed |
| CAAP –15–0000 428 | State v. Lasater | Affirmed |
| CAAP –14–0000 637 | State v. Mizoguchi | Affirmed |
| CAAP –13–0000 379 | State v. Satano | Affirmed |

**May 25, 2016**

| | | |
|---|---|---|
| CAAP –15–0000 402 | State v. Ui | Vacated and Remanded |

**May 26, 2016**

| | | |
|---|---|---|
| CAAP –13–0005 109 | Hafokamee v. Saafi | Affirmed |